#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

**v.**                      **CASE NO. 4:15-CR-00182 BSM**

**KENDERICK FINWICK**                                                       **DEFENDANT**

#### ORDER

The government's motion to dismiss [Doc. No. 22] the indictment against defendant Kenderick Finwick is granted. *See* Fed. R. Crim. P. 48(a).

IT IS SO ORDERED this 18th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE